ISAAC B. KIMBALL *vs.* CITY OF BOSTON.

A police officer is not a servant of the city which appoints him, in any such sense as to take away his right of action against it for an injury sustained by reason of a defective highway.

TORT to recover for personal injury sustained by reason of a defective highway. At the trial in the superior court, it appeared that the highway in question was defective, and was one which the defendants were bound to keep in repair, and that the plaintiff was in the employment of the city as a special police officer, appointed to aid in preserving order on the evening of July 4 1858, and that he, using due care, received the injury complained of while actually engaged in that duty. *Lord*, J. ruled that the relation existing between the parties would not prevent the plaintiff from recovering ; and, the jury having returned a verdict for the plaintiff, the defendants alleged exceptions.

*H. F. Smith*, for the defendants.

*A. A. Ranney*, for the plaintiff, was not called on.

By THE COURT. The plaintiff was using the highway by travelling thereon for a lawful purpose.

He was not a servant or agent of the city in any such sense

as to take away his right of action for the injury sustained by him. He was a public officer, appointed to discharge important duties, in which the city had no special interest, and from which they derived no particular advantage. *Buttrick* v. *City of Lowell*, *ante*, 172. *Exceptions overruled.*